Kevin Cooper
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI, BRODY
& AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Liaison Counsel for Lead Plaintiff Movant
Gary Pierce*

Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

*Counsel for Lead Plaintiff Movant Gary
Pierce*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE LABELLE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE FINTECH GROUP INC., SHANCHUN HUANG, JING CHEN, and MING YI,<br><br>Defendants. | Case No. 2:24-cv-00247-JXN-JSA<br><br>**GARY PIERCE'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

Lead Plaintiff Movant Gary Pierce ("Pierce") respectfully submits this reply memorandum of law in further support of his motion for appointment as lead plaintiff and approval of counsel (Dkt. No. 9) and in response to Scott Present's opposition to Pierce's motion (Dkt. No. 10, "Present Opp.").

## I.    ARGUMENT

Pierce should be appointed as lead plaintiff if Present is not appointed. Pierce has the next largest financial interest in this action after Present. *See* Present Opp. at 4. As such, if Present is eliminated from consideration for appointment as lead plaintiff, Pierce is next in line to be appointed. *See In re Cendant Corp. Litig.*, 264 F.3d 201, 267 (3d Cir. 2001) (if the court determines that the movant with the largest losses cannot make a threshold showing of typicality or adequacy "[t]he court should then identify the movant with the next largest loss, consider whether that movant satisfies Rule 23's requirements, and repeat this process until a presumptive lead plaintiff is identified").

Present has not established his adequacy to represent the class because he has not addressed his dispute with the Florida Board of Bar Examiners identified in Pierce's opposition memorandum. *See* Dkt. No. 9 ("Pierce Opp.") at 3-5. Present had a second opportunity to address the issue *sua sponte* in his opposition memorandum. While Present touted "his work and educational backgrounds" as evidence of his adequacy in his opposition, *see* Present Opp.at 7, he again declined to explain his dispute with the Florida Bar. Given that this issue may speak to Present's honesty and trustworthiness, which are relevant to his adequacy, Present should explain his dispute. If he declines, he should be disqualified.[1]

---

[1] Or, in the alternative, Pierce should be granted the right to conduct discovery on Present. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iv) (discovery of competing movants permitted if movant "demonstrates a reasonable basis" for a finding that the presumptively most adequate plaintiff is inadequate).

1

Moreover, if Present's dispute with the Florida Bar reflects negatively on his adequacy, his failure to raise the issue in his motion and opposition further demonstrates his inadequacy to represent the class. *See Sneed v. AcelRx Pharms., Inc.*, No. 21-cv-04353, 2021 WL 5964596, at *4 (N.D. Cal. Dec. 16, 2021).

## II.    CONCLUSION

As the record stands, Present should be eliminated from consideration for appointment as lead plaintiff on the basis that he has failed to demonstrate his adequacy to represent the class. Accordingly, Pierce should be appointed as lead plaintiff, and his selection of counsel should be approved.

DATED: April 8, 2024                                     Respectfully submitted,

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By:    *s/ Kevin Cooper*
Kevin Cooper
Donald A. Ecklund
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: kcooper@carellabyrne.com
          decklund@carellabyrne.com

*Liaison Counsel for Lead Plaintiff Movant Gary Pierce*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant Gary Pierce*

2

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

3

## CERTIFICATE OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 8, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of New Jersey, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 8, 2024, at Roseland, New Jersey.

*/s/ Kevin Cooper*
Kevin Cooper

4