Joseph T. Lukens (#048991992)
Email: jlukens@faruqilaw.com
**FARUQI & FARUQI, LLP**
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771

[additional counsel listed in signature block]

*Attorneys for Lead Plaintiff Scott Present*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DENISE LABELLE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FUTURE FINTECH GROUP INC., SHANCHUN HUANG, JING CHEN, and MING YI, <br><br> Defendants. | No. 2:24-cv-00247-JXN-JSA <br><br> **NOTICE OF LEAD PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF COMPLAINT ON DEFENDANTS** <br><br> <u>CLASS ACTION</u> <br><br> Motion Date: November 18, 2024 |

**PLEASE TAKE NOTICE** that on or about November 18, 2024, or on a date and time as may be set by the Court, at the United States District Court for the District of New Jersey, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Lead Plaintiff Scott Present ("Plaintiff") will respectfully move this Court for entry of an order to extend Plaintiff's time to effect service of the summons and complaint in the above-captioned action (the "Action") on Defendants Future FinTech Group Inc., Shanchun Huang, Jing Chen and Ming Yi.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(d)(4), Plaintiff states that no brief is necessary because Plaintiff will rely upon the Certification of James M. Wilson, Jr., Esq., and the Declaration of Bobby Ali Regarding Attempts to Serve Defendants to explain the lack of service to date and show good cause for the requested extension, submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FUTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

Dated:  October 21, 2024          Respectfully submitted,

                                             **FARUQI & FARUQI, LLP**

                                             By:____*/s/ Joseph T. Lukens*____
                                             Joseph T. Lukens (#048991992)
                                             1617 JFK Blvd., Suite 1550

1

Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: jlukens@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff Scott Present and Lead Counsel for the putative Class*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2024, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.

Dated: October 21, 2024         By: ___*/s/ Joseph T. Lukens*___
                            Joseph T. Lukens (#048991992)