Joseph T. Lukens (#048991992)
Email: jlukens@faruqilaw.com
**FARUQI & FARUQI, LLP**
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771

[additional counsel listed in signature block]

*Attorneys for Lead Plaintiff Scott Present*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE LABELLE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE FINTECH GROUP INC., SHANCHUN HUANG, JING CHEN, and MING YI,<br><br>Defendants. | No. 2:24-cv-00247-JXN-JSA<br><br>**NOTICE OF LEAD PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON INDIVIDUAL DEFENDANTS**<br><br>CLASS ACTION<br><br>Motion Date: February 3, 2025 |

**PLEASE TAKE NOTICE** that on or about February 3, 2025, or on a date and time as may be set by the Court, at the United States District Court for the District of New Jersey, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, Lead Plaintiff Scott Present ("Plaintiff") will respectfully move this Court for entry of an Order granting Plaintiff's Motion for Alternative Service on Shanchun Huang, Jing Chen and Ming Yi ("Individual Defendants").

**PLEASE TAKE FURTHER NOTICE** that this Motion is based upon this Notice, the accompanying Memorandum of Law, the Declaration of James M. Wilson, Jr. and the exhibits annexed thereto, the Affidavit of Glenda Fichtner and the exhibits annexed thereto, the accompanying Proposed Order; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of Order is also submitted herewith for the Court's consideration.

Dated:  January 10, 2025                    Respectfully submitted,

                                           **FARUQI & FARUQI, LLP**

                                           By:____*/s/ Joseph T. Lukens*____
                                           Joseph T. Lukens (#048991992)
                                           1617 JFK Blvd., Suite 1550
                                           Philadelphia, PA 19103
                                           Telephone: 215-277-5770
                                           Facsimile: 215-277-5771

1

Email: jlukens@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff Scott Present and Lead Counsel for the putative Class*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2025, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.


Dated: January 10, 2025                By:    */s/ Joseph T. Lukens*
                                              Joseph T. Lukens