## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE LABELLE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE FINTECH GROUP INC., SHANCHUN HUANG, JING CHEN, and MING YI,<br><br>Defendants. | No. 2:24-cv-00247-JXN-JSA<br><br>**ORDER GRANTING LEAD PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE OF COMPLAINT ON INDIVIDUAL DEFENDANTS** |

**THE MATTER** having been brought before the Court upon the Motion of Lead Plaintiff Scott Present for an extension of time within which to effectuate service of process in this matter, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and the Court having considered Plaintiff's written submissions in connection with the motion pursuant to Rule 78 of the Federal Rules of Civil Procedure, and good cause being shown:

IT IS on this 14th day of January, 2025, hereby

**ORDERED** that Lead Plaintiff Scott Present's time to effectuate service of process on the Individual Defendants is extended to twenty-one (21) days after a decision is issued with respect to Lead Plaintiff's Motion for Alternative Service.

s/Jessica S. Allen
United States Magistrate Judge

Dated: January 14, 2025