Joseph T. Lukens (#048991992)
Email: jlukens@faruqilaw.com
**FARUQI & FARUQI, LLP**
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771

[additional counsel listed in signature block]

*Attorneys for Lead Plaintiff Scott Present*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE LABELLE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FUTURE FINTECH GROUP INC., SHANCHUN HUANG, JING CHEN, and MING YI, <br><br> Defendants. | No. 2:24-cv-00247-JXN-JSA <br><br> **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE ON INDIVIDUAL DEFENDANTS** <br><br> <u>CLASS ACTION</u> <br><br> Motion Date: February 3, 2025 |

On January 10, 2025, Plaintiff Scott Present ("Plaintiff") filed a motion for alternative service on the Individual Defendants Shanchun Huang, Ming Yi, and Jing Chen ("Motion for Alternative Service").  ECF Nos. 31-32.  Per Local Rule 7.1(d)(2), any brief and papers in opposition to the Motion for Alternative Service were to be filed at least 14 days prior to the original motion day, which is scheduled before Magistrate Judge Jessica S. Allen on February 3, 2025.  *See* L.R. 7.1(d)(2); January 13, 2025 Docket Entry.  No opposition to Plaintiff's Motion for Alternative Service has been filed within the time set by the Local Rules (January 21, 2025).  Thus, Plaintiff respectfully requests that the Court: (1) grant his Motion for Alternative Service on the Individual Defendants; and (2) grant such other relief as the Court may deem just and proper.

Dated:  January 27, 2025

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By:____*/s/ Joseph T. Lukens*____
Joseph T. Lukens (#048991992)
1617 JFK Blvd., Suite 1550
Philadelphia, PA 19103
Telephone: 215-277-5770
Facsimile: 215-277-5771
Email: jlukens@faruqilaw.com

James M. Wilson, Jr. (admitted *pro hac vice*)
Robert W. Killorin (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017

1

Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: jwilson@faruqilaw.com
Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff Scott Present
and Lead Counsel for the putative Class*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 27, 2025, I caused true and correct copies of the foregoing to be served on all counsel of record via CM/ECF.


Dated: January 27, 2025                    By:    */s/ Joseph T. Lukens*
                                                              Joseph T. Lukens

3