**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DENISE LABELLE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>FUTURE FINTECH GROUP INC., SHANCHUN HUANG, JING CHEN, and MING YI,<br><br>    Defendants. | No. 2:24-cv-00247-JXN-JSA<br><br>CLASS ACTION<br><br>ORDER GRANTING APPLICATION OF FUTURE FINTECH GROUP INC. AND MING YI FOR AN EXTENSION OF TIME |

THIS MATTER, having been brought before the Court upon the Application of Defendants Future FinTech Group Inc. and Ming Yi (the "Defendants") for an extension of time, for a period of sixty (60) days, to answer or otherwise respond to the amended complaint in this matter, and good cause being shown:

IT IS on this 2nd day of October, 2025, hereby

ORDERED, that the Defendants Future FinTech Group Inc.'s and Ming Yi's time to answer or otherwise respond to the Amended Complaint filed in this matter

1

is hereby extended for a period of sixty (60) days, through and including

November 24, 2025.

s/Jessica S. Allen
Hon. Jessica S. Allen
United States Magistrate
Judge
