**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DENISE LABELLE, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FUTURE FINTECH GROUP, INC., SHANCHUN HUANG, JING CHEN, and MING YI,<br><br>Defendants. | Civil Action No. 24-247 (JXN)(JSA)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court is Defendants Future FinTech Group, Inc., Shanchun Huang, and Ming Yi's (collectively, "Defendants") motion to dismiss the Amended Complaint pursuant to Federal Rules of Civil Procedure[1] 12(b)(5) and 12(b)(6). (ECF No. 65.) Plaintiff Scott Present ("Plaintiff") opposed (ECF No. 67), and Defendants replied (ECF No. 68). The Court has jurisdiction under Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. §1331. Venue is proper pursuant to Section 27 of the Exchange Act and 28 U.S.C. § 1391(b). The Court has carefully reviewed the Amended Complaint and the parties' submissions and decides this matter without oral argument pursuant to Rule 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

[1] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

**IT IS** on this **14th** day of September 2026

**ORDERED** that:

Defendants' motion to dismiss the Amended Complaint (ECF No. 65) is DENIED.

**JULIEN XAVIER NEALS**
**United States District Judge**